UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| v. | * | Civil No. H-00-1676 |
| BARBARA J. HILL | * | |
| Defendant | * | |

## ORDER

Upon consideration of plaintiff's motion,

IT IS this 3rd day of Nov., 2000

ORDERED that the time for the plaintiff to serve process on the defendant BE and the SAME HEREBY IS extended through November 30, 2000.

ALEXANDER HARVEY, II
UNITED STATES DISTRICT JUDGE